# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| vs | : | Case No. 3:04-CR-140 |
| EARL L. MARSHALL | : | |
| Defendant. | | |

## ORDER TERMINATING SUPERVISED RELEASE

On December 21, 2006, the above named was sentenced to a total term of five (5) years of Supervised Release following a term of incarceration. The Defendant on March 9, 2018, filed a letter requesting termination of his remaining unserved term of Supervised Release (doc. 804).

Based upon the position of the U.S. Probation Department and for good cause shown, Defendant's request (doc. 804) is **GRANTED**. It is hereby ordered that the Defendant, Earl Marshall, be discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

*s/ Thomas M. Rose*

Dated: March 13, 2018

Thomas M. Rose, Judge
United States District Court